UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
*Electronically Filed*

| | |
|---|---|
| JAMEY GRAHAM | ) |
| PLAINTIFF | ) |
| v. | ) CIVIL ACTION NO. 3:08-cv-89-JBC |
| FORD MOTOR COMPANY | ) |
| DEFENDANT | ) |

### AGREED ORDER DISMISSING SETTLED

The parties having agreed to settle this matter and the Court being sufficiently advised,

IT IS HEREBY ORDERED that the action is dismissed, with prejudice, each party to bear its own costs.

This 12th day of August, 2008.

_____
JENNIFER B. COFFMAN, U.S. DISTRICT JUDGE

Agreed to by:

| | |
|---|---|
| s/ James M. Bolus(with permission) | s/ Carla Foreman Dallas |
| Attorney for Plaintiff | R. Thad Keal |
| James M. Bolus, Jr., P.S.C. | Attorney for Defendant |
| 500 Ky. Home Life Bldg. | TURNER, KEAL & DALLAS PLLC |
| 239 S. Fifth St. | 5924 Timber Ridge Rd., Suite 102 |
| Louisville, KY 40202-3213 | Prospect, KY 40059 |
| Phone: (502) 584-1210 | Phone: 502.228.8488 |
| E-mail: bo@boluslaw.com | Fax: 502.228.8627 |
| | E-mail: cdallas@tkdfirm.com |